In the Matter of SAMUEL S. UNDERHILL et al., Respondents, against BOARD OF APPEALS OF THE TOWN OF OYSTER BAY et al., Defendants, and HICKSVILLE AIRPARK CLUB, Intervener, Appellant.

Argued March 8, 1948; decided April 22, 1948.

---

* Stipulation for order absolute filed May 8, 1948.— [REP.

*Howard T. Hogan* and *Dennis J. Donegan* for appellant.

*Alfred T. Davison* and *Francis B. Hamlin* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.